IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FITZGERALD RAILCAR SERVICES OF OMAHA, INC., an Illinois corporation, | ) ) ) | 8:02CV339 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| CHIEF TRANSPORTATION PRODUCTS, INC., a Nebraska corporation, | ) ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for return of cash bond in the amount of $200.00 pursuant to Fed. R. Civ. P. 62. Filing No. 87. The court has reviewed the record, finds the case is concluded, and orders the Clerk of Court to release the bond.

THEREFORE, IT IS ORDERED THAT defendant's motion for release of bond in the amount of $200.00, Filing No. 87, is granted. The Clerk of Court is ordered to release the $200.00 bond to the defendant.

DATED this 4th day of May, 2009.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge